ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 AUG 23 PM 4: 31

CLERK _L. Fluder_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

EVERETT HUNTER,                                      )
                                                     )
              Plaintiff,                             )
                                                     )
       vs.                                           )        CV 106-075
                                                     )
SOUTHEASTERN NEWSPAPERS CO.,                         )
DENNIS G. SODOMKA, WILLIAM S.                        )
MORRIS, III, and SHIVERS TRADING &                   )
OPERATING CO.,                                       )
                                                     )
              Defendants.                            )

_____

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

_____

Plaintiff Everett Hunter, an inmate at Wheeler Correctional Facility in Alamo,

Georgia, commenced the above-captioned civil rights case *pro se* and requested permission

to proceed *in forma pauperis* ("IFP"). On June 6, 2006, the Court directed Plaintiff to return

his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within

thirty (30) days and advised Plaintiff that all prisoners, even those proceeding IFP, must pay

the filing fee of $350.00 in full. 28 U.S.C. § 1915(b)(1). Plaintiff was cautioned that failure

to respond would be an election to have this case voluntarily dismissed without prejudice.

(Doc. no. 3). Plaintiff failed to respond.

On August 4, 2006, the Court granted Plaintiff ten (10) additional days to comply

with the terms of the Court's June 6th Order. (Doc. no. 4). Once again, Plaintiff was warned

that his failure to comply in a timely fashion with the Court's Order would result in a

recommendation that his case be dismissed. The time to respond has passed, and Plaintiff has not submitted the documents required by the Court's June 6, 2006 Order, nor has he provided the Court with any explanation why he has not complied.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (*per curiam*) (citing 28 U.S.C. § 1915). Plaintiff has been warned repeatedly that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed. As Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the filing fee, the Court **REPORTS** and **RECOMMENDS** that this case be **DISMISSED**, without prejudice.

SO REPORTED and RECOMMENDED this 23rd day of August, 2006, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## *Southern District of Georgia*

EVERETT HUNTER

_____ )

vs                                          )        CASE NUMBER  CV106-075 _____

SOUTHEASTERN NEWSPAPERS, _____ )        DIVISION        AUGUSTA _____

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.   Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.   That the aforementioned enveloped contained a copy of the document dated 8/23/06 _____, which is part of the official record of this case.

Date of Mailing:              8/24/06 _____

Date of Certificate           [X] same date,     or     _____

Scott L. Poff,  Clerk

By:  _L Flanders_ _____
                Deputy Clerk

Name and Address

Everett Hunter, GDCID 928612, Wheeler Correctional Facility, P. O. Box 466, Alamo, Ga. 30411

[X]  Copy placed in ~~Minutes~~ *tickler*
[ ]  Copy given to Judge
[X]  Copy given to Magistrate