FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 SEP 19 AM 9: 30

_BMcCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| EVERETT HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 106-075 |
| ) | |
| SOUTHEASTERN NEWSPAPERS CO., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice.

SO ORDERED this _19th_ day of September, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE